# UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| **Darren MacDonald** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:24-cv-00443-MTM |
| ) | |
| **Travel Club Enterprises LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Luke Wolkos, being duly sworn, state:

I am an Arizona private process server in good standing, MC-9005. I am 21 years or older and not a party to this action.

I served the following documents to Travel Club Enterprises LLC in Maricopa County, AZ on March 9, 2024 at 10:44 am at 7141 East Main Street, Scottsdale, AZ 85251 by leaving the following documents with Alexandra Olson who as Authorized to Accept is authorized by appointment or by law to receive service of process for Travel Club Enterprises LLC.

Notice re Consent
Consent Form
Cover Sheet
Summons
Litigation Hold Letter
Complaint

White Female, est. age 35-44, glasses: N, Blonde hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.4931062,-111.9273052
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Maricopa County_____,

__AZ____ on __3/12/2024_____.

/s/ *Luke Wolkos*
_____
Signature
Luke Wolkos
+1 (480) 772-9663

Below are my previous attempts at serving Travel Club Enterprises LLC:

Date / Time: March 8, 2024 12:51 pm

Address: 7141 East Main Street, Scottsdale, AZ 85251

Geolocation: https://google.com/maps?q=33.4929856,-111.9274471

Description: The door was locked to the business and it was empty inside. No business hours posted anywhere. Will try again next week.



Exhibit 1a)