# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren MacDonald,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Travel Club Enterprises LLC,<br><br>　　　　Defendant. | No. CV-24-00443-PHX-MTL<br><br>**ORDER** |

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 11), filed by Plaintiff on June 19, 2024.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the Notice of Voluntary Dismissal (Doc. 11) is GRANTED and that this action is DISMISSED without prejudice.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action in its entirety.

Dated this 20th day of June, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge